**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

YOUNG AMERICA'S FOUNDATION,

Plaintiff

No. 26-cv-03016 (ECT/LIB)

vs.

REBECCA CUNNINGHAM, in her official capacity as President of the University of Minnesota; DOUGLAS A. HUEBSCH, RUTH E. JOHNSON, PENNY A. WHEELER, JOEL E. BERGSTROM, JAMES T. FARNSWORTH, ELLEN G. LUGER, ROBYN J. GULLEY, SAMUEL D. HEINS, TADD M. JOHNSON, KOWSAR D. MOHAMED, MARY C. TURNER, and KODI J. VERHALEN in their official capacities as members of the Board of Regents; MERCEDES RAMIREZ FERNANDEZ, in her official capacity as Vice President, Office for Equity and Diversity; CALVIN D. PHILLIPS, in his official capacity as Vice President for Student Affairs at the University of Minnesota-Twin Cities; TINA MARISAM, in her official capacity as the Associate Vice President, Office of Equity and Diversity, Director of Title IX & ADA Coordinator for the University, and Director of the Equal Opportunity & Title IX Office for the University of Minnesota-Twin Cities; COREY CHRISTENSEN, in his official capacity as Equal Opportunity Associate and Title IX Coordinator at the University of Minnesota-Duluth; LAUREN ADAMSKI, in her official capacity as Director of the Office for Community Standards at the University of Minnesota-Twin Cities; and CHRIS KABERLINE, in her official capacity as Director of the Office of Student Conduct and Conflict Resolution at the University of Minnesota-Duluth,

Defendants.

**DEFENDANTS' MOTION TO DISMISS**

---

Defendants move the Court for an Order dismissing Plaintiff's Complaint for lack of jurisdiction and failure to state a claim. This motion is made pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and is based on all of the files, records, and proceedings herein, including its memorandum of law to be submitted in a timely manner in accordance with the Federal Rules of Civil Procedure and Local Rules for the District of Minnesota, the arguments of counsel at the time of the hearing, and such other and further information or evidence that may be required by the Court.

Dated: August 10, 2026

DOUGLAS R. PETERSON
General Counsel
University of Minnesota

By: *s/ Anna Veit-Carter*
Anna Veit-Carter (#0392518)
Senior Associate General Counsel
Timothy J. Pramas (#0240321)
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street, SE
Minneapolis, MN 55455-2006
612-624-4100
veit0059@umn.edu
pram0001@umn.edu

Attorney for Defendants