**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>REBECCA CUNNINGHAM, in her official capacity as President of the University of Minnesota, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-03016 (ECT/LIB)<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff hereby moves for summary judgment on all claims under Federal Rule of Civil Procedure 56. This motion is based on the memorandum of law and accompanying documents filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the Court hears this motion, and all the files, records, and proceedings herein.

Dated: August 10, 2026

**SOUTHEASTERN LEGAL FOUNDATION**

/s/ *Jordan R. Miller*

James V. F. Dickey
MN Bar No. 393613
Jordan R. Miller*
Michigan Bar No. P81467
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Telephone: (770) 977-2131
jdickey@southeasternlegal.org
jmiller@southeasternlegal.org

* Admitted pro hac vice
*Attorneys for Plaintiff*